# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Herbert J. Robinson, Jr.,

    Plaintiff(s),

vs.

Douglas B. Underwood,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-168-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Order.

Signed: May 31, 2012

Frank G. Johns, Clerk
United States District Court